UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:24-cv-08225-CBM-SK                                      Date: August 25, 2025

Title   Mario A. Haney v. Sgt. G. Balbuena, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's opposition to Defendants' motion to dismiss was due on July 28, 2025. (*See* ECF 28). Yet as of this order, Plaintiff has filed no timely opposition. Instead, several of the court's orders were returned as evidently undeliverable. (*See* ECF 31, 32). By not timely opposing Defendants' motion to dismiss, Plaintiff may be considered to have consented to the granting of the motion. *See* L.R. 7-12; Fed. R. Civ. P. 41(b). Plaintiff is therefore ordered to show cause in writing **by no later than September 8, 2025** why this action should not be dismissed for failure to oppose Defendants' motion to dismiss and to keep the court informed of his current address of record. Plaintiff may discharge this order by voluntarily dismissing his complaint (using the attached form CV-09x) or by filing his opposition to the motion to dismiss by September 8, 2025. Failure to respond to this order may lead to involuntary dismissal of the entire action for lack of prosecution and noncompliance with court orders. *See* L.R. 41-1; Fed. R. Civ. P. 41(b); *see also* Local Civil Rule 41-6 ("If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned . . . as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.").

IT IS SO ORDERED.